THOMAS H. KENNEY, APPELLANT, v. PATERSON MILK AND CREAM COMPANY ET AL., RESPONDENTS.

Argued October 25, 1932—Decided January 23, 1933.

144

148

For the appellant, *Reuben H. Reiffin* and *Cole & Morrill* (*David L. Cole,* of counsel).

For the respondents, *Harry Nadell* (*Arthur T. Vanderbilt,* of counsel).

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the opinion filed in the Passaic County Circuit Court by Judge Mackay.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, HEHER, KAYS, HETFIELD, WELLS, JJ. 9.

*For reversal*—BODINE, DONGES, BROGAN, KERNEY, JJ. 4.